pg 1.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 499 -- <u>In re Air Crash Disaster at Washington, D.C. on</u>
January 13, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/01/27 | 1 | MOTION/BRIEF -- deft. Air Florida, Inc. for transfer of action w/schedule of actions and cert. of svc. SUGGESTED TRANSFEREE DISTRICT: District of Columbia SUGGESTED TRANSFEREE JUDGE:                    (ds) |
| 82/01/27 | 2 | REQUEST FOR EXPEDITED HEARING -- filed by counsel for Air Florida, Inc. on 1/27/82    (ds) |
| 82/02/02 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JANUARY 22, 1982 -- setting litigation for hearing on February 25, 1982 in Wash., D.C.  (eaf) |
| 82/02/05 | | APPEARANCES: George N. Tompkins for Air Florida, Inc.; Windle Turley for Carolyn Zondler, et al.; ~~Kathryn W. Erickson~~ ~~for Richard~~ Richard H. Jones for Kathryn W. Erickson    (emh) |
| 82/02/08 | 3 | MOTION FOR INTERIM APPOINTMENT AS LIAISON COUNSEL -- Law Firm of Healey, Farrell & Lear (to represent estates of passengers on Air Florida Flt. 90) -- w/cert. of svc. and Attachment   (emh) |
| 82/02/10 | 4 | RESPONSE/MEMORANDUM -- Pltf. Katherine W. Erickson -- w/cert. of svc.  (emh) |
| 82/02/11 | 5 | RESPONSE/MEMORANDUM (To Pleading No. 3) -- Pltf. Joseph F. Stiley (Interested Party) w/cert. of svc.(emh) |
| 82/02/12 | 6 | RESPONSE -- Pltf. John D. Burke (Interested Party) -- w/cert. of svc.   (emh) |
| 82/02/12 | 7 | RESPONSE -- Pltf. Carolyn Zondler, et al. -- w/cert. of svc. (emh) |
| 82/02/18 | 8 | RESPONSE/MEMORANDUM -- Boeing Co. -- w/cert. of svc. (emh) |
| 82/02/18 | 9 | RESPONSE -- Joseph Stiley -- w/cert. of svc. (emh) |
| 82/02/22 | 10 | BRIEF -- Plaintiff Koger (Interested Party) -- w/cert. of service  (cds) |
| 82/02/23 | | HEARING APPEARANCES --RICHARD H. JONES, ESQ. for Kathryn W. Erickson; GEORGE E. FARRELL, ESQ. for John D. Burke, etc.; WINDLE TURLEY, ESQ. for Carolyn Zondler, et al.; DONALD W. MADOLE, ESQ. for Joseph F. Stiley, III; MILTON G. SINCOFF, ESQ. for Ethel R. Koger; WILLIAM GOULD, ESQ. for The Boeing Co. (ds) |
| 82/02/23 | | WAIVER OF ORAL ARGUMENT -- Air Florida, Inc.                    (ds) |
| 82/02/25 | | APPEARANCE:  Milton G. Sincoff for Ethel R. Koger    (emh) |
| 82/02/25 | 11 | FILED IN OPEN COURT:  MOTION -- United Technologies Corp. for transfer of B-3 thru B-5 -- w/Schedule and cert. of svc.    (emh) SUGGESTED TRANSFEREE DISTRICT:  E.D. Virigina SUGGESTED TRANSFEREE JUDGE:          (emh) |

pg. 2

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/02/26 | 12 | RESPONSE -- Bert D. Hamilton, et al. -- w/cert. of svc. (emh) |
| 82/03/01 | | APPEARANCE -- JAMES W. COBB, ESQ. for Francis T. Spriggs, etc. (ds) |
| 82/03/03 | | APPEARANCES -- RICHARD W. GOLDMAN, ESQ. for United Technologies Corp.; PATRICK W. LEE, ESQ. for Union Carbide Corp. (ds) |
| 82/03/05 | | APPEARANCE -- WILLIAM GRAY SCHAFFER, ESQ. for American Airlines (ds) |
| 2/03/05 | 13 | RESPONSE -- pltf. Patricia Ann Felch w/cert. of svc. (ds) |
| 82/03/08 | 14 | RESPONSE -- pltf. Francis T. Spriggs w/cert. of svc. (ds) |
| 82/03/12 | 15 | RESPONSE -- deft. American Airlines w/cert. of svc. (ds) |
| 82/03/15 | | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to Judge Joyce Hens Green under 28 U.S.C. §1407 |
| 82/03/15 | | TRANSFER ORDER -- Transferring A-2 to D.C. pursuant to 28 U.S.C. §1407 for assignment to Judge Joyce Hens Green for coordinated or consolidated pretrial proceedings with (A-1) action pending in D.C.  Notified transferee clerk, judge, counsel, transferor clerk, judge, |
| 82/03/16 | | Misc. Recipients and PUBLISHERS. (rew) |
| 82/03/16 82/03/03 | | APPEARANCE-EDWARD PETER BERTERO, ESQ. for United States Aviation Underwriters (ds) |
| 82/03/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-14 Paul Sandler, et al. v. Air Florida, Inc., et al., N.D. Illinois, C.A. No. 82-1339 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 82/04/07 | | APPEARANCE -- BRADLEY G. MCDONALD, ESQ. for Bert D. Hamilton, et al. (ds) |
| 82/04/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-14 Sandler, et al. v. Air Florida Inc., et al., N.D. Ill., C.A. No. 82-1339.  Notified involved clerks and judges. (ds) |
| 82/04/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-28 Joyce W. Fako, etc. v. Air Florida, Inc., W.D.Pa., C.A. No. 82-0657 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 3

DOCKET NO. 499 -- _____

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 82/05/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-28 Fako, etc. v. Air Florida, Inc., W.D. Pa., C.A. No. 82-0657. Notified involved clerks and judges. (ds) |
| 82/06/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-38 Jann Haynes Gilmore, etc. v. Air Florida, Inc., et al., N.D. Ill., C.A. No. 82C3004 -- NOTIFIED INVOLVED JUDGES & COUNSEL cs |
| 82/06/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-42 Fisher, etc. v. Air Florida, Inc., et al., D. Md., R-2-1216; B-43 Donahe, Jr., etc. v. Air Florida, Inc., D. Mass., CA82-1382-T.  Notified involved counsel and judges. (ds) |
| 82/07/01 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-38 Gilmore, etc. v. Air Florida, et al., N.D.Ill., C.A. No. 82C3004 pursuant to 28 U.S.C. §1407.  (emh) |
| 82/07/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- 20 actions listed below.  Notified involved counsel and judges. (ds) |

| | | | |
|------|---------------------------------------------|-----------------|-------------|
| C-44 | JoAnne Wheaton, etc. v. American Airlines, Inc., et al. | S.D.Fla. Eaton | 82-1070-CIV |
| C-45 | Katherine Liacos Izzo,etc. v. Air Florida, Inc., et al. | D.Mass. Tauro | CA82-1383-T |
| C-46 | Judith L. Klasky, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0560-A |
| C-47 | Gene C. Fusco, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0561-A |
| C-48 | Lucille Ann Carluccio, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0562-A |
| C-49 | Margo Elaine Trexler, etc., et al. v. U.S.A. | E.D.Va. | 82-0563-A |
| C-50 | Joan L. Richards, etc. v. U.S.A. | E.D.Va. | 82-0564-A |
| C-51 | Shirlee J. Haven, etc. v. U.S.A. | E.D.Va. MacKenzie | 82-0565-A |
| C-52 | John M. Fisher, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0566-A |
| C-53 | Lois Jacqueline Essary, etc. v. U.S.A. | E.D.Va. MacKenzie | 82-0567-A |
| C-54 | James D. Blake, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0568-A |
| C-55 | Joseph F. Stiley, III v. U.S.A. | E.D.Va. MacKenzie | 82-0569-A |
| C-56 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0570-A |
| C-57 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0571-A |
| C-58 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0572-A |
| C-59 | Dolores Viehman, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0573-A |
| C-60 | Jean Levinson, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0574-A |
| C-61 | Eleanor W. Shubinski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0575-A |
| C-62 | Geraldine Mary Laudani, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0576-A |
| C-63 | Fatuma A. Soune, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0577-A |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/07/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (2 actions) -- B-42 Fisher, etc. v. Air Florida, et al., D.Md., R-82-1216; and B-43 Donahue, Jr., etc. v. Air Florida, Inc., D.Mass., CA2-1382-T -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 82/07/19 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (20 actions listed below) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

| | | |
|---|---|---|
| C-44 | JoAnne Wheaton, etc. v. American Airlines, Inc., et al. | S.D.Fla. Eaton | 82-1070-CIV |
| C-45 | Katherine Liacos Izzo,etc. v. Air Florida, Inc., et al. | D.Mass. Tauro | CA82-1383-T |
| C-46 | Judith L. Klasky, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0560-A |
| C-47 | Gene C. Fusco, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0561-A |
| C-48 | Lucille Ann Carluccio, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0562-A |
| C-49 | Margo Elaine Trexler, etc., et al. v. U.S.A. | E.D.Va. | 82-0563-A |
| C-50 | Joan L. Richards, etc. v. U.S.A. | E.D.Va. MacKenzie | 82-0564-A |
| C-51 | Shirlee J. Haven, etc. v. U.S.A. | E.D.Va. MacKenzie | 82-0565-A |
| C-52 | John M. Fisher, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0566-A |
| C-53 | Lois Jacqueline Essary, etc. v. U.S.A. | E.D.Va. MacKenzie | 82-0567-A |
| C-54 | James D. Blake, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0568-A |
| C-55 | Joseph F. Stiley, III v. U.S.A. | E.D.Va. MacKenzie | 82-0569-A |
| C-56 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0570-A |
| C-57 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0571-A |
| C-58 | Joseph J. Krzanowski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0572-A |
| C-59 | Dolores Viehman, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0573-A |
| C-60 | Jean Levinson, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0574-A |
| C-61 | Eleanor W. Shubinski, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0575-A |
| C-62 | Geraldine Mary Laudani, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0576-A |
| C-63 | Fatuma A. Soune, etc., et al. v. U.S.A. | E.D.Va. MacKenzie | 82-0577-A |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 499 __ In re Air Crash Disaster at Washington, D. C.  on January 13,
1982

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/07/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-66 Poss, etc. v. Air Florida, Inc., et al., N.D. Georgia, C.A. No. C-82-1361-A; D-67 Wood, et al., etc. v. Air Florida, Inc. et al., E.D. Va., C.A. No. 82-0623-A.  Notified involved counsel and judges.  (ds) |
| 82/08/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-68 Pettit, etc. v. American Airlines, Inc., et al., S.D. Florida, C.A. No. 82-6452-CIV-JAG.  Notified involved counsel and judges.        (ds) |
| 82/08/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY IN 2 ACTIONS -- D-66 Poss, etc. v. Air Fla., etal.,N.Ga.,C82-1361-A D-67 Wood, etal. v. Air Fla., etal.,82-0623-A Notified involved clerks and judges. (eaf) |
| 82/08/26 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-68 Pettit, etc. v. Americ. Airlines, Inc., et al., S.D. Fla., C.A. No. 82-6452-CIV-JAG NOTIFIED CLERKS AND JUDGES. (emh) |
| 82/10/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-71 Weingarten, etc. v. Air Florida Systems, Inc., et al., D.Mass., C.A. No. 82-2048-S  -- NOTIFIED INVOLVED JUDGES & COUNSEL (cds |
| 82/10/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-71 Weingarten, etc. v. Air Florida Systems, Inc., etal., D.Mass., C.A. No. 82-2048-S -- Notified involved clerks & judges. (eaf) |
| 83/01/13 | | CONDITIONAL TRANSFER ORDER -- D-76 Phibbs, etc. v. Air Florida, Inc., et al., W.D.Va., 82-0923 -- Notified involved counsel and judge. (eaf) |
| 83/01/27 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-76 Phibbs, etc. v. Air Florida, Inc., et al., W.D. Virginia, C.A. No. 82-0923.  Notified involved counsel and judges. (ds) |
| 83/02/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-81 Murek, et al. v. Air Florida, Inc., et al., D. Maryland, C.A. No. R83-82.  Notified involved counsel and judges. (ds) |
| 83/02/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-82 Lauderdale, et al. v. Air Florida, Inc., N.D. Tex., C.A. No. CA-3-83-0067 H.  Notified involved counsel and judges(ds) |
| 83/02/24 | | Conditional Transfer Order final today -- D-81 Murek, etal. v. Air Florids,Inc.,etal., D.Md.,R83-82 -- Notified involved clerks and judges. (eaf) |
| 83/03/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-82 Lauderdale, et al. v. Air Florida, Inc., N.D. Texas, C.A. No. CA3-83-0067-H -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ ____

| DATE | PLEADING DESCRIPTION |
|---|---|
| 84/02/09 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-84 Kelly Duncan v. Americans Airlines Inc. et al., S.D. Florida C.A. No. 83-3149 Notified counsel and judges. (rh) |
| 84/02/27 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-84 Kelly Duncan v. American Airlines, Inc., et al., S.D.Fla., #83-3149 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. <u>499</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>IN RE AIR CRASH DISASTER AT WASHINGTON, D.C. ON JANUARY 13, 1982</u>

## SUMMARY OF LITIGATION

| Hearing Dates 2/25/82 D.D.C. | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/15/82 | TO | 533 F. SUPP 1350 | D.D.C. | Joyce Hens Green | |

535-3500

**Special Transferee Information**

DATE CLOSED:  *3/88*

Dockets Division 202-535-3564
Oliver Jackson   202-426-7576
Mary B. Deavers  202-426-7576

D. C. Misc. No. 82-0055

JPML FORM 1

LISTING OF INVOLVED ACTIONS

*Closed 4/15/88*

DOCKET NO. 499 -- In re Air Crash Disaster at Washington, D.C. on January 13, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Katherine W. Erickson v. Air Florida, Inc. | D.D.C. Green | 82-0144 | | | 6/10/83D | |
| A-2 | Carolyn Zondler, et al. v. Air Florida, Inc., | N.D.Tex Hill | 3-83-0108-D | 3/15/82 | 82-0771 | 3/23/88 | 1404 to D.C. |
| XYZ-3 | John D. Burke, etc. v. Air Florida, Inc., et al. | D.D.C. Green | 82-0274 | | | 3/2/83D | |
| XYZ-4 | Joseph F.Stiley, III v. Air Florida, Inc., et al. | D.D.C. Green | 82-0284 | | | 5/4/83D | |
| XYZ-5 | Bert D. Hamilton, et al. v. Air Florida, | D.D.C. Green | 82-0349 | | | 6/24/82D | |
| XYZ-6 | Francis T. Sprigs, etc. v. Air Florida, | D.D.C. Green | 82-0500 | | | 5/4/83D | |
| XYZ-7 | Arthur C. Ellis, Jr., etc. v. Air Florida, Inc., et al. | D.D.C. Green | 82-0504 | | | 9/30/83 | |
| XYZ-8 | Ethel R. Koger, etc. v. Air Florida, Inc. | D.D.C. Green | 82-0356 | | | 7/29/83D | |
| XYZ-9 | Patricia Anne Felch v. Air Florida, Inc. | D.D.C. Green | 82-0399 | | | 5/4/83D 3/2/88 | |
| XYZ-10 | Donald C. Tolson, etc. v. Air Florida, Inc. | D.D.C. Green | 82-0505 | | | settled | |
| XYZ-11 | Howard K. Testerman, etc. v. Air Florida, Inc., et al. | D.D.C. Green | 82-0537 | | | 6/29/83D | |
| XYZ-12 | Julie Anne Graham, etc. v. Air Florida, Inc., et al. | D.D.C. Green | 82-0554 | | | 5/18/83D | |
| XYZ-13 | Margo Elaine Trexler, etc. v. Air Florida, et al. | D.D.C. Green | 82-0458 | | | 11/4/82 D | |

DOCKET NO. 499 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-14 | Paul M. Sandler, et al. v. Air Florida Inc., et al. *3/23/82* | N.D.Ill. Marshall | 82-1339 | 4/8/82 | 82-1011 | 4/14/83D | 1404 to D.C. |
| XYZ-15 | Gene C. Fusco, etc. v. Air Florida, Inc., et al. | D.C. | 82-0723 | | | (illeg)D | |
| XYZ-16 | Fatuma A. Soune, etc. v. Air Florida, Inc., et al. | D.C. | 82-0724 | | | 4/7/82D | |
| XYZ-17 | Suk Cha Ivener, etc. v. Air Florida, Inc., | D.C. | 82-0768 | | | 4/20/83D | |
| XYZ-18 | Dolores Viehman, etc. v. Air Florida, Inc | D.C. | 82-0773 | | | 11/8/82D | |
| XYZ-19 | Joseph J. Krzanowski, Jr. v. Air Florida, Inc., et al. | D.C. | 82-698 | | | 11/29/82D | |
| XYZ-20 | Joseph J. Krzanowski, Jr. v. Air Florida, Inc., et al. | D.C. | 82-0697 | | | 11/29/82D | |
| XYZ-21 | Joseph J. Krzanowski, Jr. v. Air Florida, Inc., et al. | D.C. | 82-0696 | | | 11/29/82D | |
| XYZ-22 | Jean Levinson, etc. v. Air Florida Inc., et al. | D.C. | 82-694 | | | 4/28/83D | |
| XYZ-23 | Joseph J. Krzanowski, Jr. v. Air Florida, Inc., et al. | D.C. | 82-695 | | | 11/29/82D | |
| XYZ-24 | Geraldine Mary Laudani, etc. v. Air Florida, Inc., et al. | D.C. | 82-693 | | | 11/8/82D | |
| XYZ-25 | Shirlee J. Haven, etc. v. Air Florida, et al. | D.C. | 82-692 | | | 2/8/83D | |

DOCKET NO. 499 -- In re Air Crash Disaster at Washington, D.C. on January 13, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-26 | Lucille Ann Carluccio, etc. v. Air Florida, Inc., et al. | D.C. | 82-691 | | | 2/15/83 D | |
| XYZ-27 | Judith L. Klasky, etc. v. Air Florida, et al. | D.C. | 82-826 | | | 2/28/83 D | |
| B-28 | Joyce W. Fako, etc. v. Air Florida, Inc. 4/19/82 | W.D.Pa. Cohill | 82-0657 | 5/5/82 | 82-1280 | 3/29/83 D | 1404 to DC. |
| XYZ-29 | Eleanor W. Shubinski, etc. v. Air Florida | D.C. | 82-998 | | | 11/18/82 D | |
| XYZ-30 | Lois Jacqueline Essary, etc. v. Air Florida, Inc., et al. | D.C. | 82-1044 | | | 8/5 D | |
| XYZ-31 | James D. Blake, etc. v. Air Florida, Inc., et al. | D.C. | 82-1045 | | | 1/4/83 D | |
| XYZ-32 | Susan Ann Saunders, etc. v. Air Florida, Inc., et al. | D.C. | 82-1049 | | | 2/18/83 D | |
| XYZ-33 | Spencer T. Hazelwood, Sr., etc. v. Air Florida, Inc., et al. | D.C. | 82-1159 | | | 5/4/83 D | |
| XYZ-34 | Judith J. Sutton, etc., v. Air Florida Inc., et al. | D.C. | 82-1168 | | | 5/25/83 | |
| XYZ-35 | Karen L. Herman, etc. v. Air Florida, Inc., et al. | D.C. | 82-1169 | | | 11/4/82 D | |
| XYZ-36 | Joan L. Richards, etc. v. AirFlorida | D.C. | 82-1194 | | | 6/6/83 | |
| XYZ-37 | Sylvia C. Kelley, et al. v. Air Florida, et al. | D.C. | 82-1323 | | | 8/2/83 | ✓ |

DOCKET NO. 499 -- In re Air Crash Disaster at Washington, D.C. on January 13, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-38 | Jann Haynes Gilmore, etc. v. Air Florida, Inc., et al. 3/2/82 1982 July - v Tr 34 1X2 28 N13 | N.D.Ill. Will | 82C3004 vacated (TAKE OUT N ILL -B 38) | t city setted | | -6/15/81 | ✓ |
| XYZ-39 | Emil Malinak, etc. v. Air Florida, Inc. | D.C Green | 82-1508 | | | | |
| XYZ-40 | Lana M. Pipes, etc. v. Air Florida, Inc., | D.C. Green | 82-1596 | — | — — | 3/3/83 D | |
| XYZ-41 | Billie S. Fleming, etc. v. Air Florida, et al. | D.C. Green | 82-1610 | | | 12/6/82 D | |
| B-42 | John M. Fisher, etc. v. Air Florida, Inc., et al. 6/23/82 | D.Md. Ramsey | R-82-1216 | 7/9 | 82-1939 | 1/18/83 D | 1404 to D.C. |
| B-43 | Roger J. Donahue, Jr., etc. v. Air Florida, Inc. 6/23/82 | D.Mass. Tauro | CA82-1382-T | 7 | 82-19.0 | 6/3/83 D | 1404 to D.C. |
| C-44 | JoAnne Wheaton, etc. v. American Airlines, Inc., et al. 7/1/82 | S.D.Fla. Eaton | 82-1070-C | JUL 1 9 1982 | 82-25 | 3/3/83 D | 1404 to D.C. |
| C-45 | Katherine Liacos Izzo, etc. v. Air Florida, Inc., et al. 7/1/82 | D.Mass. Tauro | CA82-1383-T | JUL 1 9 1982 | 82-001 | 6/24/83 D | 1404 to D.C. |
| C-46 | Judith L. Klasky, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0560-A | JUL 1 9 1982 | | 12/6/82 D | 1404 to D.C. |
| C-47 | Gene C. Fusco, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0561-A | JUL 1 9 1982 | | 11/10/82 D | |
| C-48 | Lucille Ann Carluccio, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0562-A | JUL 1 9 1982 | | 12/7/82 D | 1404 to D.C. |
| C-49 | Margo Elaine Trexler, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0563-A | JUL 1 9 1982 | 82-0015 | 11/11/82 D | |

JPML FORM 1 -- Continuation
Listing of Involved Actions -- p. 5

DOCKET NO. 499 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-50 | Joan L. Richards, etc. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0564-A | JUL 1 9 1982 | 82-2076 | 12/7/82D | 1404 to D.C. |
| C-51 | Shirlee J. Haven, etc. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0565-A | JUL 1 9 1982 | 82-2077 | 12/7/82D | 1404 to D.C. |
| C-52 | John M. Fisher, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0566-A | 1 9 1982 | 82-2078 | 1/18/83D | 1404 to D.C. |
| C-53 | Lois Jacqueline Essary, etc. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0567-A | JUL 1 9 1982 | 82-2079 | 1/18/83D | 1404 to D.C. |
| C-54 | James D. Blake, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0568-A | JUL 1 9 1982 | 82-2080 | 1/18/83D | 1404 to D.C. |
| C-55 | Joseph F. Stiley, III v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0569-A | JUL 1 9 1982 | 82-2081 | 12/7/82D | 1404 to D.C. |
| C-56 | Joseph J. Krzanowski, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0570-A | JUL 1 9 1982 | 82-2082 | 11/29/82D | |
| C-57 | Joseph J. Krzanowski, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0571-A | JUL 1 9 1982 | 82-2083 | 11/29/82D | |
| C-58 | Joseph J. Krzanowski, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0572-A | 1 9 1982 | 82-2084 | 11/29/82D | |
| C-59 | Dolores Viehman, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0573-A | 1 9 1982 | 82-2085 | 11/4/82D | |
| C-60 | Jean Levinson, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0574-A | JUL 1 9 1982 | 82-2086 | 12/7/82D | 1404 to D.C. |
| C-61 | Eleanor W. Shubinski, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0575-A | JUL 1 9 1982 | 82-2087 | 11/9/82D | |
| C-62 | Geraldine Mary Laudani, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0576-A | JUL 1 9 1982 | 82-2088 | 11/4/82D | |
| C-63 | Fatuma A. Soune, etc., et al. v. U.S.A. 7/1/82 | E.D.Va. MacKenzie | 82-0577-A | JUL 1 9 1982 | 82-2089 | 11/17/82D | |

JPML FORM 1 -- Continuation                    Listing of Involved Actions -- p. 6

DOCKET NO. 499 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-64 | Elinor C. Hiller, etc. v. Air Florida, Inc., et al. | D.C. Green | 82-1712 | | | 2/15/83 D | |
| XYZ-65 | Jeanette L. Bigelow v. Air Florida, Inc., et al. | D.C. Green | 82-1307 | | | 5/20/83 D | |
| D-66 | Jean Stewart Poss, etc. v. Air Florida, Inc., et al. 7/28/82 | N.D.Ga. Freeman | C-82-1361-A | 8/13/82 | 82-2331 | 2/3/83 D | 1404 to D.C. |
| D-67 | Wallace J. Wood, et al., etc. v. Air Florida, Inc., et al. 7/28/82 | E.D.Va. MacKenzie | 82-0623-A | 8/13/82 | 82-2332 | 12/7/82 D | 1404 to D.C. |
| D-68 | Donna Pettit, etc. v. American Airlines, Inc., et al. 8/10/82 | S.D.Fla. Gonzalez | 82-6452 CIV-JAG | AUG 26 1982 | 82-2455 | 2/3/83 | 1404 to D.C. |
| XYZ-69 | Alfred L. Jackson, et al. v. Air Florida, Inc. | D.C. Green | 82-2249 | | | 5/2/83 D | |
| XYZ-70 | Billy Jane Thompson, et al. v. Air Florida, et al. | D.C. | 82-1965 | | | 7/29/83 D | |
| D-71 | Joseph Weingarten, etc. v. Air Florida Systems, Inc., et al. 10/5/82 | D.Mass. Skinner | 82-2048-S | 10/21/82 | 82-304 | 12/22/82 D | 1404 to D.C. |
| XYZ-72 | Fatima A. Soune, etc. v. Air Florida, Inc., et al. | D.C. | 82-2089 | | | 11/17/82 D | |
| XYZ-73 | Eleanor W. Shubinski, etc. v. Air Florida, Inc., et al. | D.C. | 82-2087 | | | 11/17/82 D | |
| XYZ-74 | Lois B. Kauffman, etc. v. Air Florida | D.C. | 82-3474 | | | 4/28/83 D | |
| XYZ-75 | Robert Foer, et al. v. Air Florida | D.C. | 82-1987 | | | 12/10/82 D | |

DOCKET NO. 499 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-76 | Jackie Lee Phibbs, etc. v. Air Florida, Inc., et al.  1/13/83 | W.D.Va. Turk | 82-0923 | | | 1/27/83 | Vacated |
| XYZ-77 | Linda K. Boer, etc. v. Air Florida, Inc., et al. | D.C. | 83-0013 | | | 7/7/83 D | |
| XYZ-78 | Rosemary A. Ventura, etc. v. Air Florida, Inc., et al. | D.C. | 83-0028 | | | 9/28/83 D | |
| XYZ-79 | Jackie Lee Phibbs, etc. v. Air Florida, et al. | D.C. | 83-0048 | | | 5/4/83 D | |
| XYZ-80 | Frances A. Calvin, etc. v. Air Florida, et al. | D.C. | 83-0038 | | | | ✓ |
| D-81 | Morris Murek, et al. v. Air Florida, Inc., et al.  2/8/83 | D.Md. Ramsey | R83-82 | 2/14/83 | 83-0598 | 5/21/83 D | |
| D-82 | Patricia Patton Lauderdale, et al. v. Air Florida, Inc.  2/18/83 | N.D.Tex. Sanders | CA3-83-0067-H | 3/8/83 | 83-0759 | | |
| XYZ-83 | Wilbur Saunders v. Air Florida, Inc. | D.C. | 83-0058 | | 3/10/83 D | 3/10/83 D | |
| | July 1985 - 32 TR/50 - XYZ/80 Dis/2 Pdg | | | | | | |
| B-84 | Kelly Duncan  v. American Aiflines, Inc., et al.  2/9/84 | S.D.Fla. Atkins | 83-3149 | | 84-0670 | 1 Dis/1 Pdg | |
| | July 1984 - 1TR/2 Dis/2 Pdg  July 1985 - Same | | | July 1986 - July 1987 - July 1988 - | | 1 Dis/Same  1 dis/Not Clsd | |

`JPML Form 4`

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 499  --  IN RE AIR CRASH DISASTER AT WASHINGTON, D.C. ON JAN. 13, 1982

Liaison Counsel for Plaintiffs Appointed 6/2/82 Judge Green Pretrial Order No. 1

**Plaintiffs' Liaison Counsel**
David Klaber, Esquire
Kirpatrick, Lockhart, Johnson
  & Hutchinson
1500 Oliver Building
Pittsburgh, Penna.  15222

AIR FLORIDA
George N. Tompkins, Jr., Esquire
Condon & Forsyth
1100 15th Street, N.W.
Washington, DC.  200005

AMERICAN AIRLINES, INC.
William G. Schaffer, Esquire
Jones, Waldo, Holbrook & McDonough
2000 L Street, N.W.
Washington, D. C.  20036

THE BOEING COMPANY
William A. Gould, Esquire
Perkins, Coie, Stone, Olson &
  Williams
1110 Vermont Avenue, N.W.
Washington, D.C.  20005

UNITED TECHNOLOGIES CORP.
Richard W. Goldman, Esquire
Hunton & Williams
P.O. Box 19230
Wash9ngton, D.C.  20036

UNION CARBIDE CORP.
Patrick W. Lee, Esquire
Crowell & Moring
1100 Connecticut Ave., N.W.
Washington, D. C.  20036

UNITED STATES OF AMERICA
Mark A. Dombroff, Esquire
Director, Torts Branch
U. S. Department of Justice
Washington, D. C.  20530

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  499 -- In re Air Crash Disaster at Washington, D.C. on

January 13, 1982

ARTHUR C. ELLIS (XYZ-7)
DONALD C. TOLSON (XYZ-10)
KATHRYN W. ERICKSON (A-1)
Richard H. Jones, Esq.
Lewis, Wilson, Lewis & Jones, Ltd.
2054 North 14th Street
P.O. Box 827
Arlington, Virginia  22216

CAROLYN ZONDLER, ET AL.  (A-2)
Windle Turley, Esq.
One, Campbell Centre I
Dallas, Texas  75206

JOHN D. BURKE, ETC. (XYZ-3)
Gerald R. Lear, Esquire
Healey, Farrell & Lear
905 16th Street, N.W.
Washington, D.C.  20006

JOSEPH F. STILEY, III (XYZ-4)
Donald W. Madole, Esquire
1216 16th St., N.W.
Washington, D. C.  20036

BERT D. HAMILTON (XYZ-5)
Bradley G. McDonald, Esquire
1919 Pennsylvania Ave., N.W., Suite 300
Washington, D.C.  20006

FRANCIS T. SPRIGGS (XYZ-6)
James W. Cobb, Esquire
1621 New Hampshire Ave., N.W.
Washington, D.C.  20009

ETHEL R. KOGER, ETC. (XYZ-8)
Milton G. Sincoff, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

AIR FLORIDA
George N. Tompkins, Jr., Esq.
Condon & Forsyth
1100 Fifteenth St., N.W.
Washington, D.C.  20005

AMERICAN AIRLINES, INC.
William G. Schaffer, Esq.
Jones, Waldo, Holbrook & McDonough
2000 L Street, N.W.
Washington, D.C.  20036

THE BOEING COMPANY
William A. Gould, Esq.
Perkins, Coie, Stone, Olson &
   Williams
1110 Vermont Avenue, N.W.
Washington, D.C.  20005

UNITED TECHNOLOGIES CORP.
Richard W. Goldman, Esq.
Hunton & Williams
P.O. Box 19230
Washington, D.C.  20036

UNION CARBIDE CORP.
Patrick W. Lee, Esq.
Crowell & Moring
1100 Connecticut Ave., N.W.
Washington, D.C. 20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. __499__ -- _____

INTERESTED PARTIES

UNITED STATES OF AMERICA
Mark A. Dombroff, Esquire
Director, Torts Branch
U. S. Department of Justice
Washington, D. C.   20530


PATRICIA ANNE FELCH (XYZ-9)
Joseph Montedonico, Esquire
Donahue, Ehrmantraut &
Montedonico
51 Monroe Street, Suite 700
Rockville, Maryland   20850

HOWARD K. TESTERMAN (XYZ-11)
Ronald L. Eakin, Esquire
Beville & Eakin
9208 Lee Avenue
Manassas, Va.   22110

JULIE ANNE GRAHAM, ETC. (XYZ-12)
Gary R. Sheehan, Esq.
4031 Chain Bridge Road
Fairfax, Va.   22030

MARGO ELAINE TREXLER, ETC. (XYZ-13)
Donald W. Madole, Esquire
Speiser, Krause & Madole
1216 Sixteenth St., N.W.
Washington, D.C.   20036

PAUL SANDLER, ET AL. (B-14)
Philip H. Corboy, Esquire
33 N. Dearborn Street
Suite 630
Chicago, Illinois   60602

SUK CHA IVENER (XYZ-17)
E. Waller Dudley, Esq.
Boothe, Prichard & Dudley
711 Princess St., P.O. Box 1101
Alexandria, Va.   22313

JOYCE W. FAKO, ETC. (B-28)
David Klaber, Esq.
Kirkpatrick Lockhart Johnson
1500 Oliver Building
Pittsburgh, PA   15219


JANN HAYNES GILMORE, ETC. (B-38)
John J. Kennelly, Esq.
111 W. Washington St.
Chicago, Illinois   60602


JOHN M. FISHER, ETC. (B-42)
Donald W. Madole, Esquire
Speiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D.C.   20036

Evans W. North, Esquire
50 Bryants Nursery Road
Silver Spring, Maryland   20904

Solomon, Foley & Moran
560 ITT Building
1707 L Street, N.W.
Washington, D.C.   20036

Aaron Podhurst, Esquire
Suite 1201
City National Bank Building
25 West Flagler Street
Miami, Florida   33130

Philip Silverman, Esquire
(same address as Donald Madole)

ROGER J. DONAHUE, JR., ETC. (B-43)
Thomas E. Cargill, Jr., Esq.
Cargill, Masterman & Culbert
One Lewis Wharf
Boston, Massachusetts   02110

'JPML' Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  499 --  In re Air Crash Disaster at Washington, D.C. on

January 13, 1982

JOANNE WHEATON, ETC. (C-44)
Rentz & Haggard, P.A.
903 Ingraham Building
25 S.E. 2nd Avenue
Miami, Florida  33131

KATHERINE LIACOS IZZO, ETC. (C-45)
Earl C. Cooley, Esq.
Hale & Dorr
60 State Street
Boston, Mass.  02109

JUDITH L. KLASKY, ETC., ET AL. (C-46)
Richard A. Bussey, Esq.
Stein, Mitchell & Mezines
1800 M Street, N.W.
Washington, D. C.  20036

GENE C. FUSCO, ETC., ET AL. (C-47)
Richard Sablowsky, Esq.
5990 Nebraska Avenue, N.W.
Washington, D. C.  20015

LUCILLE ANN CARLUCCIO, ETC., ET AL.
(C-48)
GERALDINE MARY LAUDANI, ETC., ET AL.
(C-62)
Jerry H. Hyatt, Esq.
21212 Ridge Road
Damascus, Maryland  20872

MARGO ELAINE TREXLER, ETC., ET AL. (C-49)
FREDERICK J. BOWER, ESQ.
Bower and Phillips
100 West Church Street
Frederick, Maryland  21701

JOAN L. RICHARDS, ETC. (C-50)
Aaron Podhurst, Esq.
Suite 1201
City National Bank Bldg.
25 West Flagler Street
Miami, Florida  33130
    (continue on next side)

Speiser, Krause & Maddole
1216 Sixteenth Street, N.W.
Washington, D.C.  20036

Philip Silverman, Esq.
3702 Chanel Road
Annandale, Virginia  22003

SHIRLEE J. HAVEN, ETC., ET AL. (C-51)
Michael I. Halper, Esq.
Bogen, Yavener & Berman
1104 Spring Street
Silver Spring, MD  20910

JOHN M. FISHER, ETC., ET AL. (C-52)
Patrick J. Moran, Esq.
Solomon, Foley and Moran
560 ITT Building
1707 L Street, N.W.
Washington, D. C.  20036

LOIS JACQUELINE ESSARY, ETC., ET AL. (C-53)
Malcolm Phillips, Esq.
Debevois & Liberman
1200 17th Street, N.W.
Washington, D.C.  20036

JAMES D. BLAKE, ETC., ET AL. (C-54)
JEAN LEVINSON, ETC., ET AL. (C-60)
Ronald L. Hicks, Esq.
Jarrell, Hicks & Sasser
P. O. Box 127
Spotsylvania, Virginia  22553

JOSEPH F. STILEY, III (C-55)
Nathaniel H. Goodrich, Esq.
Howard Poe & Bastian
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 499   -- IN RE AIR CRASH DISASTER AT WASHINGTON, D.C. ON JANUARY 13, 1982

---

JOSEPH J. KRZANOWSKI, ETC., ET AL.
(C-56) (C-57) (C-58)
Paul A. Hudon, Esq.
Atlas & Hudon
14 Brace Road
P. O. Box 670
West Hartford, CT   06107

DOLORES VIEHMAN, ETC., ET AL. (C-59)
Edward Modell, Esq.
Blum and Nash
1015 Eighteenth Street, N.W.
Washington, D.C.   20036

ELEANOR W. SHUBINSKI, ETC., ET AL. (C-61)
E. Kemper Uhler, Esq.
Alan J. Toppelberg, Esq.
1828 L Street, N.W.
Washington, D. C.   20036

FATUMA A. SOUNE, ETC., ET AL. (C-63)
Bennett Boskey, Esq.
Eva F. Sherman, Esq.
Volpe, Boskey & Lyons
918 Sixteenth Street, N.W.
Washington, D.C.   20006

JEAN STEWART POSS, ETC. (D-66)
WALLACE J. WOOD, ET AL., ETC. (D-67)
Donald W. Madole, Esquire
Speiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D.C. 20036

Aaron Podhurst, Esquire
Suite 1201
City National Bank Bldg.
25 West Flagler Street
Miami, Florida 33130

---

Philip Silverman, Esquire
3702 Chanel Road
Annandale, Virginia 22003

DONNA PETTIT, ETC. (D-68)
Jon E. Krupnick, Esquire
Krupnick & Campbell, P.A.
Suite 100
700 Southeast Third Avenue
Fort Lauderdale, Florida 33316

JOSEPH WEINGARTEN, ETC. (D-71)
Edward M. Swartz, Esquire
Swartz & Swartz
10 Marshall Street
Boston, Massachusetts 02108

AIR FLORIDA SYSTEMS, INC.
PRATT & WITNEY AIRCRAFT OF CANADA,
LTD.
Unable to determine counsel
or address for above named defendants
in D-71

JACKIE LEE PHIBBS, ETC. (D-76)
Philip M. Sadler, Esq.
Post Office Box 878
65 East Main Street
Midtown Professional Bldg.
Pulaski, Virginia 24301

MORRIS MUREK, ET AL. (D-81)
Jacob A. Stein, Esq.
30 Courthouse Square
Rockville, MD   20850

PATRICIA PATTON LAUDERDALE, ET AL.
(D-82)
John Howie, Esq.
Windle Turley, P.C.
1000 University Tower
6440 N. Central Expressway
Dallas, Texas   75206

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 499 -- In re Air Crash Sisaster at Washington, D.C. on
January 13, 1982

| | |
|---|---|
| KELLY DUNCAN (B-84)<br>Jeffrey A. Tew Esquire<br>Spittler, Berger & Bluestein<br>304 Palermo Avenue<br>Coral Gables, Florida  83134 | |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __499__ --   In re Air Crash Disaster at Washington, D.C. on
                        January 13, 1982

| Name of Party | Named as Party in Following Actions |
|---|---|
| Air Florida, Inc. | A-1, A-2 B-3 4, 5, B-14 B-28, 38, B-42, 43, C-45 D-66, 67, D-71, D-76, 81, 82 |
| The Boeing Company | B-3, B-4 5, 38, 42, C-44, D-66, 67, 68, 71 D-76, 81, B-84 |
| United Technologies Corp. | B-3, B-4 5, C-44, D-68, 71 B-84 |
| American Airlines, Inc. | B-3 B-4 5, B-14, 38, C-44, C-45, D-66, D-68, 71, D-76, 81 B-84 |
| Union Carbide Corp. | B-3, B-4, 5, C-44, D-68, 71 B-84 |
| United States Aviation Underwriters | |
| U.S.A. | C-44, C-46-C-63, D-67, D-68 |
| Air Florida Systems, Inc. (subsidiary of Air Florida, Inc.) | D-71 |
| Pratt & Whitney Aircraft of Canada, Ltd. (subsidiary of United Technologies) | D-71 |
| | |
| | |